# In the United States Court of Federal Claims

No. 19-104C
(Filed: January 29, 2019)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LARRY GOLDEN,

        *Plaintiff*,

v.

THE UNITED STATES,

        *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On January 17, 2019, plaintiff filed a complaint alleging the government has taken several patents without paying just compensation in violation of the Fifth Amendment. The cause of action stated in this complaint is duplicative of plaintiff's takings claim in plaintiff's other action pending before this court, *Golden v. United States*, No. 13-307C. In that case, plaintiff has been permitted to file four amended complaints, the most recent of which, his Final Amended Complaint, he filed in 2017. In his January 17 complaint, plaintiff purports to update his takings claim with facts occurring after he filed his complaint in *Golden*, No. 13-307C, but his takings claim is the same in both cases.

Because this action shares the identical questions of law and fact with *Golden*, No. 13-307C, and it is in the interest of judicial economy to consider them together, it is proper to consolidate the cases. *Golden v. United States*, 19-104C, therefore is consolidated with *Golden v. United States*, 13-307C.

                                      ERIC G. BRUGGINK
                                      Senior Judge