# In the United States Court of Federal Claims

Nos. 19-104 C
Filed: May 15, 2019

LARRY GOLDEN

v.

JUDGMENT

UNITED STATES

Pursuant to the court's Order, filed May 14, 2019, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of jurisdiction and for failure to state a claim.

Lisa L. Reyes
Clerk of Court

By: *Debra H. Scinler*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.