FORM 2.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS

Form 2
Rev. 03/16

# United States Court of Federal Claims

Larry Golden                      Plaintiff,

v.                Case No.   19-104C

The United States                 Defendant.

## NOTICE OF APPEAL

Notice is hereby given that   Larry Golden   (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit   from the Final Judgement   (from the final judgment) ((from an order) (describe the order)) entered in this action on   May 15, 2019

_(signature)_

(Signature of appellant or attorney)

Larry Golden

740 Woodruff Road, #1102

Greenville, SC 29607

atpg-tech@charter.net

(Address of appellant or attorney and e-mail address)

* *See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.